UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA VENTILLA,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>PACIFIC INDEMNITY COMPANY,<br><br>                    Defendant. | 20 Civ. 4278 (KPF)<br><br>ORDER TO SHOW CAUSE |

KATHERINE POLK FAILLA, District Judge:

Plaintiff initiated this action on June 4, 2020, by filing a Complaint against Defendant. (Dkt. #1). Since that time, Plaintiff has made no effort to serve Defendants; nor has Plaintiff made any other effort to prosecute her case. Federal Rule of Civil Procedure 4(m) requires that "[i]f a defendant is not served within 90 days after the complaint is filed, the court … must dismiss the action without prejudice." Therefore, the Court ORDERS Plaintiff to show cause in writing by October 2, 2020, why this case should not be dismissed for failure to serve Defendant.

SO ORDERED.

Dated:  September 2, 2020
        New York, New York

                                              *Katherine Polk Failla*
                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge