

**MERLIN**
LAW GROUP, PA

RED BANK, NJ
125 HALF MILE ROAD
SUITE 200
RED BANK, NJ 07701
TELEPHONE:
(732) 933-2700
FAX: (732) 933-2702

September 21, 2020

<u>*Via Electronic Case Filing (ECF)*</u>
The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   Martha Ventilla vs. Pacific Indemnity Co.
       Case No: 1:20-cv-4278-KPF

Dear Justice Failla:

The undersigned represents Martha Ventilla in the above referenced matter.

We reach out to your Honor today, requesting an adjournment of the scheduled October 1, 2020 Initial Pretrial conference.  Defendant Pacific Indemnity has just recently been served and there responsive pleading is due September 24, 2020.  Plaintiff is also currently responding to the Court's Order to Show Cause.

We thank the Court for its time and consideration regarding this request.

Regards,

*/s/ Jason M. Cieri*
Jason M. Cieri, Esq.

JCM/ta

```
Application GRANTED.  The Court hereby ADJOURNS sine die the initial pretrial
conference currently scheduled for October 1, 2020.  The Court further ORDERS
Plaintiff to file proof of service on or before September 23, 2020.

Dated:    September 21, 2020          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE